*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, HOUTZ, and GERRITY
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Anthony T. STROMER, Jr.**
Corporal (E-4), U.S. Marine Corps
Appellant

**No. 201800320**

Appeal from the United States Navy-Marine Corps Trial Judiciary

Decided: 28 December 2020

Military Judge:
John P. Norman

Sentence adjudged 27 August 2018 by a special court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, confinement for eight months, and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Commander R. Andrew Austria, JAGC, USN*

For Appellee:
*Major Clayton L. Wiggins, USMC*

_____

[1] In accordance with a pretrial agreement, the convening authority suspended confinement in excess of 60 days and the bad-conduct discharge.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court